FILED

MAR 12 2010

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 02-00107 PVT |
| Plaintiff, | ORDER DISMISSING COMPLAINT |
| v. | |
| VALERIE RAE BERRY, | |
| Defendant. | |

Upon application of the United States, and good cause having been shown therefor,

**IT IS HEREBY ORDERED** that the above-captioned complaint is **DISMISSED** and the arrest warrant issued thereupon **RECALLED**.

DATE: March 12, 2010

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER                              1